IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN H. LEBOVITZ,<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action No. 11-1014 |
| HARTFORD INSURANCE COMPANY<br>OF THE MIDWEST,<br>    Defendant. | )<br>)<br>)<br>) |

O R D E R

AND NOW, this 14th day of August 2012, after the defendant filed a motion for partial summary judgment on the plaintiff's claims of disability resulting from cognitive impairment, concussion symptoms or an inability to work as a lawyer beyond November 20, 2007, and after a Report and Recommendation was issued by the United States Magistrate Judge, and the parties informed the Court that they did not intend to file written objections thereto, and after an independent and de novo review of the record, and upon consideration of the Report and Recommendation of the Magistrate Judge, which is adopted and incorporated as the opinion of this Court,

IT IS ORDERED that the defendants' motion for partial summary judgment on the plaintiff's claims of disability resulting from cognitive impairment, concussion symptoms or an inability to work as a lawyer beyond November 20, 2007 (Document No. 47) is denied.

_____
United States District Judge